**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                             **CRIMINAL NO. 1:18-CR-01
(Judge Keeley)**

**FELIX A. BRIZUELA, JR. and
GEORGE P. NAUM, III,**

    **Defendants.**

## ORDER FOLLOWING MOTION HEARING

At a hearing held on March 29, 2019 (Dkt. No. 242) to take up the parties' motions in limine and the defendants' motions to suppress and to strike, for the reasons stated on the record, the Court ruled as follows:

- **GRANTED IN PART** the Government's motion in limine on governing standards (Dkt. No. 166);
- **GRANTED** the Government's motion in limine to partially exclude the expert testimony of Standiford Helm, M.D. (Dkt. No. 167);
- **DENIED** the defendants' motion in limine to exclude the expert testimony of Patrick J. Marshalek, M.D. (Dkt. No. 173);
- **DENIED AS MOOT** the magistrate judge's first Report and Recommendation ("R&R") (Dkt. No. 212);
- **OVERRULED** Naum's objections to the first R&R as **MOOT** (Dkt. No. 214);

**ORDER FOLLOWING MOTION HEARING**

- **ADOPTED** the magistrate judge's second R&R (Dkt. No. 222);

- **OVERRULED** Naum's objections to the second R&R (Dkt. No. 232);

- **DENIED** Naum's motion to suppress (Dkt. No. 204); and

- **GRANTED** Naum's motion to strike (Dkt. No. 239).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: April 1, 2019.

        /s/ Irene M. Keeley
        IRENE M. KEELEY
        UNITED STATES DISTRICT JUDGE